PROB 22'
(Rev. 2/88)

**TRANSFER OF JURISDICTION**

FILED

JUDGE CASTILLO

MAY 1 0 2005

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

RECEIVED

MAR 2 4 2005

U.S. PROBATION OFFICE
CHICAGO, ILLINOIS

| DOCKET NUMBER *(Tran. Court)* |
|---|
| 95cr81146-20 |

| DOCKET NUMBER *(Rec. Court)* |
|---|
| **05 CR 420** |

MAGISTRATE JUDGE BROWN

NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE

MICHAEL WILLIS
7447 S. Shore Dr.
Chicago, IL 60649

| DISTRICT | DIVISION |
|---|---|
| Eastern District of Michigan | Detroit |

NAME OF SENTENCING JUDGE

Honorable Patrick J. Duggan

| DATES OF PROBATION/SUPERVISED RELEASE | FROM 05/24/2004 | TO 05/23/2007 |
|---|---|---|

OFFENSE

18 U.S.C. : 1962 (c), Racketeering Influenced and Corrupt Organizations
18 U.S.C. : 924 (c), Use of a Firearm During and In Relation to a Crime of Violence

U.S. DIST. COURT
EAST DIST. MICH
DETROIT '55

'05 MAY -4 P 4:35

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Eastern District of Michigan

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of Illinois upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

MAR 1 7 2005
_____
*Date*

_____
Honorable Patrick J. Duggan
U.S. District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Northern District of Illinois

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

MAR 2 9 2005
_____
*Effective Date*

I hereby certify that the foregoing is a true copy of the original on file in this Office.

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

By _____
Deputy

_____
Charles P. Kocoras
*United States District Judge*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

        Plaintiff,                 CASE NO: 95cr81146-20

v.                   JUDGE:Patrick J. Duggan

Michael Willis

        Defendant(s).

**FILED** MAY 1 0 2005

**JUDGE CASTILLO**

**MAGISTRATE JUDGE BROWN**

**05CR 420**

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NOTICE OF TRANSFER OF JURISDICTION OF PROBATIONER

TO: U.S. Courthouse
    219 S. Dearborn St.
    Chicago, ILL 60604

      The above entitled case has been transferred to your court under the provisions

of 18 U.S.C. § 3605, authorizing transfer of jurisdiction of probationer. Enclosed is the

original Order of Transfer and certified copies of the docket sheet and Judgment.

      Please acknowledge receipt of these documents by returning a time-stamped

copy of this Notice to:

                    Clerk's Office
                    United States District Court
                    231 W. Lafayette
                    Detroit, MI 48226

### CERTIFICATION

      I hereby certify that this Notice was served on the parties and/or counsel of

record.

                    DAVID J. WEAVER, CLERK OF COURT

Date: May 5, 2005            By_____s/Denise Hamel_____
                             Deputy Clerk

WE JUDGE CARLSON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN   PATRICK J. DUGGAN
SOUTHERN DIVISION

# FILED

95-81146

UNITED STATES OF AMERICA,           CRIMINAL NO.

Plaintiff,   MAY 1 0 2005     VIO: 18 U.S.C. §1962(c)
                                    18 U.S.C. §1962(d)
-vs-               MICHAEL W. DOBBINS   18 U.S.C. §1952
                 CLERK, U.S. DISTRICT COURT   18 U.S.C. §924(c)
D-1  CHRISTOPHER ALLEN, JR.,          18 U.S.C. §1959
D-2  MICHAEL KEITH AVERY,             18 U.S.C. §2
D-3  MARCUS UNDARICK BALDWIN,         21 U.S.C. §843(b)
D-4  WILLIE BARGINERE,                21 U.S.C. §846
D-5  EDWARD JAMES BELL,
D-6  PERRY BODDY, JR.,
D-7  STEVE JEROME BROOKS,             **05 CR 420**
D-8  CHATYN LEFALLE BYRD,
D-9  KENNETH CARR,                    JUDGE CASTILLO
D-10 DERRICK FUNDERBERG,              MAGISTRATE JUDGE BROWN
D-11 MICHAEL KENT HAMILTON,
D-12 TYREE JONES,
D-13 SAMUEL LIVINGSTON, JR.,
D-14 AIJALON WALLACE McLITTLE, II
D-15 CRYSTAL PHIFER,
D-16 MARIO POWELL,
D-17 DWAYNE ORALLIS SMITH,
D-18 YON CLAMECHE SNYDER,
D-19 EDDIE TURNER, JR.,
D-20 MICHAEL TYRONE WILLIS,
D-21 ERIC FINLEY WILSON,
D-22 ANDRE COREZ WOODS,

Defendants.

_____/

## I N D I C T M E N T

MAGISTRATE JUDGE CARLSON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATRICK J. DUGGAN

95-81146

UNITED STATES OF AMERICA,

CRIMINAL NO.

        Plaintiff,

HON.

-vs-

VIO: 18 U.S.C. § 1962(c)
     18 U.S.C. § 1962(d)
     18 U.S.C. § 1952
D-1  CHRISTOPHER ALLEN, JR.,     18 U.S.C. § 924(c)
     a/k/a "Billy Dee Bell",   18 U.S.C. § 1959
     a/k/a "Mike",          18 U.S.C. § 2
D-2  MICHAEL KEITH AVERY,     21 U.S.C. § 843(b)
     a/k/a "Omar Jabar",    21 U.S.C. § 846
     a/k/a "Mike Gant",
     a/k/a "Mike Richardson",
     a/k/a "Richard Allen Young",
     a/k/a "Glen Reid Simpson",
     a/k/a "Kevin Lee Ivory",
     a/k/a "Yusef Mohammed Shabaz",
D-3  MARCUS UNDARICK BALDWIN,
     a/k/a "Stutterbox",
     a/k/a "Raesean Dee Shannon",
     a/k/a "Marcus Belfone",
D-4  WILLIE BARGINERE,
     a/k/a "Fats",
     a/k/a "Tony",
D-5  EDWARD JAMES BELL,
D-6  PERRY BODDY, JR.,
     a/k/a "Anthony Tolbert",
     a/k/a "Boo",
     a/k/a "Boo Cup",
     a/k/a "Buck Tooth",
D-7  STEVE JEROME BROOKS,
D-8  CHATYN LEFALLE BYRD,
D-9  KENNETH CARR,
D-10 DERRICK FUNDERBERG,
     a/k/a "Demo",
D-11 MICHAEL KENT HAMILTON,
     a/k/a "Mike Ham",
D-12 TYREE JONES,
     a/k/a "Pluck",
D-13 SAMUEL LIVINGSTON, JR.,
     a/k/a "Dinky",
D-14 AIJALON WALLACE MCLITTLE, II,
     a/k/a "Wild",
     a/k/a "Wall",
D-15 CRYSTAL PHIFER,
D-16 MARIO POWELL,

1

```
D-17   DWAYNE ORALLIS SMITH,
            a/k/a "Wayne",
D-18   YON CLAMECHE SNYDER,
            a/k/a "Goldie",
D-19   EDDIE TURNER, JR.,
D-20   MICHAEL TYRONE WILLIS,
D-21   ERIC FINLEY WILSON,
            a/k/a "Little E", and
D-22   ANDRE CORTEZ WOODS,
            a/k/a "Boss Gang",
            a/k/a "Cortez Andre Woods",

            Defendants.
_____/
```

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
### 18 U.S.C. § 1962(c)
#### (Racketeer Influenced and Corrupt Organizations)

```
D-1    CHRISTOPHER ALLEN, JR.,
            a/k/a "Billy Dee Bell",
            a/k/a "Mike",
D-2    MICHAEL KEITH AVERY,
            a/k/a "Omar Jabar",
            a/k/a "Mike Gant",
            a/k/a "Mike Richardson",
            a/k/a "Richard Allen Young",
            a/k/a "Glen Reid Simpson",
            a/k/a "Kevin Lee Ivory",
            a/k/a "Yusef Mohammed Shabaz",
D-3    MARCUS UNDARICK BALDWIN,
            a/k/a "Stutterbox",
            a/k/a "Raesean Dee Shannon",
            a/k/a "Marcus Belfone",
D-4    WILLIE BARGINERE,
            a/k/a "Fats",
            a/k/a "Tony",
D-5    EDWARD JAMES BELL,
D-6    PERRY BODDY, JR.,
            a/k/a "Anthony Tolbert",
            a/k/a "Boo",
            a/k/a "Boo Cup",
            a/k/a "Buck Tooth",
D-7    STEVE JEROME BROOKS,
```

2

```
D-8    CHATYN LEFALLE BYRD,
D-9    KENNETH CARR,
D-10   DERRICK FUNDERBERG,
           a/k/a "Demo",
D-11   MICHAEL KENT HAMILTON,
           a/k/a "Mike Ham",
D-12   TYREE JONES,
           a/k/a "Pluck",
D-13   SAMUEL LIVINGSTON, JR.,
           a/k/a "Dinky",
D-14   AIJALON WALLACE MCLITTLE, II,
           a/k/a "Wild",
           a/k/a "Wall",
D-15   CRYSTAL PHIFER,
D-16   MARIO POWELL,
D-17   DWAYNE ORALLIS SMITH,
           a/k/a "Wayne",
D-18   YON CLAMECHE SNYDER,
           a/k/a "Goldie",
D-19   EDDIE TURNER, JR.,
D-20   MICHAEL TYRONE WILLIS,
D-21   ERIC FINLEY WILSON,
           a/k/a "Little E",
D-22   ANDRE CORTEZ WOODS,
           a/k/a "Boss Gang",
           a/k/a "Cortez Andre Woods".
```

## THE ENTERPRISE

1. At various times relevant to this indictment, CHRISTOPHER ALLEN, JR., a/k/a "Billy Dee Bell", a/k/a "Mike", MICHAEL KEITH AVERY, a/k/a "Omar Jabar", a/k/a "Mike Gant", a/k/a "Mike Richardson", a/k/a "Richard Allen Young", a/k/a "Glen Reid Simpson", a/k/a "Kevin Lee Ivory", a/k/a "Yusef Mohammed Shabaz", MARCUS UNDARICK BALDWIN, a/k/a "Stutterbox", a/k/a "Raesean Dee Shannon", a/k/a/ "Marcus Belfone", WILLIE CHRISTIAN BARGINERE, a/k/a "Fats", a/k/a "Tony", EDWARD JAMES BELL, PERRY BODDY, JR., a/k/a "Anthony Tolbert", a/k/a "Boo", a/k/a "Boo Cup", a/k/a "Buck Tooth", STEVE JEROME BROOKS, CHATYN LEFALLE BYRD, KENNETH CARR, DERRICK FUNDERBERG, a/k/a "Demo", MICHAEL KENT HAMILTON, a/k/a

3

"Mike Ham", TYREE JONES, a/k/a "Pluck", SAMUEL LIVINGSTON, JR., a/k/a "Dinky", AIJALON WALLACE MCLITTLE, II, a/k/a "Wild", a/k/a "Wall", CRYSTAL PHIFER, MARIO POWELL, DWAYNE ORALLIS SMITH, a/k/a "Wayne", YON CLAMECHE SNYDER, a/k/a "Goldie", EDDIE TURNER, JR., MICHAEL TYRONE WILLIS, ERIC FINLEY WILSON, a/k/a "Little E", ANDRE CORTEZ WOODS, a/k/a "Boss Gang", a/k/a "Cortez Andre Woods", and others known and unknown, were a group of individuals that comprised a criminal organization whose leadership, members and associates engaged in acts of violence, including armed robbery and assault with intent to commit murder, and acts of drug distribution, and which operated in various locations, including Detroit, Michigan, Lansing, Michigan and Fremont, Ohio.

2. This organization, including its leadership, membership and associates, constituted an "enterprise," as defined in Title 18, United States Code, Section 1961(4), (hereinafter "the enterprise"), that is, a group of individuals associated in fact. This enterprise was engaged in and its activities affected interstate and foreign commerce.

## PURPOSES OF THE ENTERPRISE

3. The purposes of the enterprise included the following:

a. Enriching the members and associates of the enterprise through, among other things, robbery (including home invasions) and the illegal distribution of drugs.

4

        b.    Promoting and enhancing the enterprise and its members' and associates' activities.

## MEANS AND METHODS OF THE ENTERPRISE

4. The enterprise consisted of at least 22 individuals who worked together in varying combinations to commit the racketeering acts described below. Several of these acts involve home invasions. A home invasion, for purposes of this indictment, was a breaking and entering of an occupied dwelling by several well armed individuals. The goal of the break-in was to frighten, confuse and/or terrify the occupants at the time of entry so as to render them incapable of resistance. The occupants were confined at gunpoint and sometimes battered physically. Occasionally, one or more of the perpetrators would shoot the occupant and/or rape women found in the homes.

5. Members of the group began breaking into occupied dwellings and robbing the occupants at gunpoint no later than May of 1993. Originally the group was led by YON CLAMECHE SNYDER a/k/a "Goldie", who would target the locations and personally participate in the robberies. Sometime in the fall of 1993, SNYDER aligned with ANDRE CORTEZ WOODS, a/k/a "Boss Gang", a/k/a "Cortez Andre Woods". They recruited a number of other individuals, who functioned as a pool of persons to assist in the various home invasions.

6. One such recruit was Obie Carter, III, a/k/a "Sonny". At some point Carter and WOODS assumed leadership roles in the

5

organization. Generally the robberies, which gang members called "licks," would be planned by either Carter or WOODS with Carter targeting most of the victims. In some instances Carter was provided information by his girlfriend, CRYSTAL PHIFER, and others that a targeted victim was hoarding cash or drugs in his or her home. Targeted victims supplied by CRYSTAL PHIFER were people she knew from the Lansing, Michigan area and people she knew from the drug trade.

7. Once a target was selected, a varying group of co-conspirators would be summoned via telephone pagers to either SNYDER's home, located at 15717 Woodingham, Detroit, Michigan, or Carter's mother's home located at 15383 Kentucky, Detroit, Michigan. The number of perpetrators would vary depending upon the anticipated risk involved in a particular robbery and the number of available perpetrators.

8. Thereafter they would enter vehicles and travel to the targeted location. Upon arrival the perpetrators, most of whom were armed with firearms ranging from 9 mm handguns to AK 47 and MAC 10 assault rifles and who wore bullet proof vests, would approach the residence. One of the group would disable any security gates or doors leading to the doorway and the rest of the gang would kick in the remaining door, often claiming that they were police officers. Upon entry, the gang members dispersed throughout the interior of the dwelling. The gang members would then ransack the house looking for drugs, money or other things of value. The occupants would be held at gunpoint while the robbery

6

was in progress. On several occasions the occupants were physically assaulted and/or shot by the robbers and on at least seven occasions female occupants were raped.

9. Subsequent to the robberies the group would re-assemble at either the Kentucky or Woodingham location to distribute the proceeds. Cash was usually distributed on a <u>pro rata</u> basis; firearms were generally retained for future robberies; jewelry was pawned or given to girlfriends as gifts; and illicit drugs were either consumed by gang members or given to CHRISTOPHER ALLEN, JR., for sale. ALLEN would thereafter distribute the proceeds of the drug sales to the robbery's participants.

10. An additional purpose of the enterprise was the distribution of controlled substances. Part of this distribution occurred in Fremont, Ohio beginning no later than the summer of 1994. CHRISTOPHER ALLEN, JR., DERRICK FUNDERBERG, WILLIE CHRISTIAN BARGINERE, and EDDIE TURNER, JR., spent weekends distributing "crack" cocaine in the Fremont area.

### THE RACKETEERING VIOLATION

11. That from on or about January 1, 1993, until the date of this indictment, the exact dates being unknown to the Grand Jury, in the Eastern District of Michigan, Southern Division, and elsewhere, the defendants, CHRISTOPHER ALLEN, JR., a/k/a "Billy Dee Bell", a/k/a "Mike", MICHAEL KEITH AVERY, a/k/a "Omar Jabar", a/k/a

7

"Mike Gant", a/k/a "Mike Richardson", a/k/a "Richard Allen Young", a/k/a "Glen Reid Simpson", a/k/a "Kevin Lee Ivory", a/k/a "Yusef Mohammed Shabaz", MARCUS UNDARICK BALDWIN, a/k/a "Stutterbox", a/k/a "Raesean Dee Shannon", WILLIE CHRISTIAN BARGINERE, a/k/a "Fats", a/k/a "Tony", EDWARD JAMES BELL, PERRY BODDY, JR., a/k/a "Anthony Tolbert", a/k/a "Boo", a/k/a "Boo Cup", a/k/a "Buck Tooth", STEVE JEROME BROOKS, CHATYN LEFALLE BYRD, KENNETH CARR, DERRICK FUNDERBERG, a/k/a "Demo", MICHAEL KENT HAMILTON, a/k/a "Mike Ham", TYREE JONES, a/k/a "Pluck", SAMUEL LIVINGSTON, JR., a/k/a "Dinky", AIJALON MCLITTLE, II, a/k/a "Wild", a/k/a "Wall", CRYSTAL PHIFER, MARIO POWELL, DWAYNE ORALLIS SMITH, a/k/a "Wayne", YON CLAMECHE SNYDER, a/k/a "Goldie", EDDIE TURNER, JR., MICHAEL TYRONE WILLIS, ERIC FINLEY WILSON, a/k/a "Little E", ANDRE CORTEZ WOODS, a/k/a "Boss Gang", a/k/a "Cortez Andre Woods", and others known and unknown to the Grand Jury, being persons employed by and associated with the enterprise described above, which enterprise was engaged in, and the activities of which affected, interstate and foreign commerce, knowingly, unlawfully and willfully did conduct and participate, directly and indirectly, in the conduct of the affairs of the enterprise through a pattern of racketeering activity, that is, through the commission of Racketeering Acts One through Forty One as set forth in paragraphs twelve through fifteen.

## THE PATTERN OF RACKETEERING ACTIVITY

12. The pattern of racketeering activity, as defined in Title 18, United States Code, Sections 1961(1) and 1961(5) consisted of the following acts:

## RACKETEERING ACTS ONE THROUGH THIRTY EIGHT

13. On or about the dates and places stated in the following chart, in the Eastern District of Michigan and elsewhere, the listed defendants, and others known and unknown, committed the following acts involving robbery and murder:

A. assault another person or persons as named on the chart, and did feloniously rob, steal and take from the person or in the person's presence, money or other property, which may be the subject of larceny, such robber being armed with a dangerous weapon, or any article used or fashioned in a manner to lead the person so assaulted to reasonably believe it to be a dangerous weapon, to wit: firearms, and did aid and abet each other in the commission of this offense, in violation of the laws of the State of Michigan, specifically MCLA §§ 750.529 & 767.39, (hereinafter "armed robbery");

B. attempt to assault another person or persons as named on the chart, and did attempt to feloniously rob, steal and take from the person or in the person's presence, money or other property, which may be the subject of larceny, such robber being armed with a dangerous weapon, or any article used or fashioned in

9

a manner to lead the person so assaulted to reasonably believe it to be a dangerous weapon, to wit: firearms, and did aid and abet each other in the commission of this offense in violation of the laws of the State of Michigan, specifically MCLA §§ 750.529, 767.39 & 750.92 (hereinafter "attempted armed robbery") and

C. assault another person as named in the chart with intent to commit the crime of murder in violation of the laws of the State of Michigan, specifically MCLA § 750.83 (hereinafter "assault murder").

Each such act constituting an act of racketeering. Where a single racketeering act alleges more than one violation, any one of the violations by itself constitutes commission of that racketeering act as to the named defendants.

10

## RACKETEERING ACT THIRTY NINE

14. Between on or about October 1, 1994 and November 12, 1994, MICHAEL KEITH AVERY, MARCUS UNDARICK BALDWIN, WILLIE BARGINERE, DERRICK FUNDERBERG, TYREE JONES, SAMUEL LIVINGSTON, JR., EDDIE TURNER, JR., defendants herein, in the Eastern District of Michigan and elsewhere, did knowingly, willfully and unlawfully combine, conspire, confederate and agree among themselves and with various other persons whose names are both known and unknown, including Obie Carter III, to commit an offense or offenses against the State of Michigan contrary to the provisions of MCLA § 750.529, that is, Armed Robbery.

All in violation of MCLA § 750.157a.

## RACKETEERING ACTS FORTY AND FORTY ONE

15. Counts Three through Seventeen of this indictment, which are realleged and incorporated by reference as if fully set forth herein, constitute Racketeering Acts Forty and Forty One as set forth below. Any one of Acts 41A through 41N by itself constitutes the commission of Racketeering Act Forty One.

| ACT | COUNT | OFFENSE | DEFENDANTS |
|---|---|---|---|
| 40 | 3 | 18 U.S.C. § 1952 | CHRISTOPHER ALLEN JR., WILLIE BARGINERE DERRICK FUNDERBERG EDDIE TURNER, JR. |

18

| 41A | 4 | 21 U.S.C. § 846 | CHRISTOPHER ALLEN JR.,<br>WILLIE BARGINERE<br>DERRICK FUNDERBERG<br>MICHAEL HAMILTON<br>CRYSTAL PHIFER<br>EDDIE TURNER, JR. |
|-----|---|-----------------|---|
| 41B | 5 | 21 U.S.C. § 843(b) | MICHAEL HAMILTON |
| 41C | 6 | 21 U.S.C. § 843(b) | WILLIE BARGINERE |
| 41D | 7 | 21 U.S.C. § 843(b) | CHRISTOPHER ALLEN, JR. |
| 41E | 8 | 21 U.S.C. § 843(b) | CHRISTOPHER ALLEN, JR. |
| 41F | 9 | 21 U.S.C. § 843(b) | CHRISTOPHER ALLEN, JR. |
| 41G | 10 | 21 U.S.C. § 843(b) | CRYSTAL PHIFER |
| 41H | 11 | 21 U.S.C. § 843(b) | CRYSTAL PHIFER |
| 41I | 12 | 21 U.S.C. § 843(b) | DERRICK FUNDERBERG |
| 41J | 13 | 21 U.S.C. § 843(b) | DERRICK FUNDERBERG |
| 41K | 14 | 21 U.S.C. § 843(b) | DERRICK FUNDERBERG |
| 41L | 15 | 21 U.S.C. § 843(b) | EDDIE TURNER, JR. |
| 41M | 16 | 21 U.S.C. § 843(b) | WILLIE BARGINERE<br>EDDIE TURNER, JR. |
| 41N | 17 | 21 U.S.C. § 843(b) | EDDIE TURNER, JR. |

All in violation of 18 United States Code, Section 1962(c)

## COUNT TWO
### 18 U.S.C. 1962(d)
#### (Conspiracy To Violate 18 U.S.C. 1962(c))

D-1   CHRISTOPHER ALLEN, JR.,
  a/k/a "Billy Dee Bell",
  a/k/a "Mike",
D-2   MICHAEL KEITH AVERY,
  a/k/a "Omar Jabar",
  a/k/a "Mike Gant",
  a/k/a "Mike Richardson",
  a/k/a "Richard Allen Young",
  a/k/a Glen Reid Simpson",
  a/k/a "Kevin Lee Ivory",

19

```
              a/k/a "Yusef Mohammed Shabaz",
D-3    MARCUS UNDARICK BALDWIN,
              a/k/a "Stutterbox",
              a/k/a "Raesean Dee Shannon",
              a/k/a/ "Marcus Belfone",
D-4    WILLIE BARGINERE,
              a/k/a "Fats",
              a/k/a "Tony",
D-5    EDWARD JAMES BELL,
D-6    PERRY BODDY, JR.,
              a/k/a "Anthony Tolbert",
              a/k/a "Boo",
              a/k/a "Boo Cup",
              a/k/a "Buck Tooth",
D-7    STEVE JEROME BROOKS,
D-8    CHATYN LEFALLE BYRD,
D-9    KENNETH CARR,
D-10   DERRICK FUNDERBERG,
              a/k/a "Demo",
D-11   MICHAEL KENT HAMILTON,
              a/k/a "Mike Ham",
D-12   TYREE JONES,
              a/k/a "Pluck",
D-13   SAMUEL LIVINGSTON, JR.,
              a/k/a "Dinky",
D-14   AIJALON WALLACE MCLITTLE, II,
              a/k/a "Wild",
              a/k/a "Wall",
D-15   CRYSTAL PHIFER,
D-16   MARIO POWELL,
D-17   DWAYNE ORALLIS SMITH,
              a/k/a "Wayne",
D-18   YON CLAMECHE SNYDER,
              a/k/a "Goldie",
D-19   EDDIE TURNER, JR.,
D-20   MICHAEL TYRONE WILLIS,
D-21   ERIC FINLEY WILSON,
              a/k/a "Little E",
D-22   ANDRE CORTEZ WOODS,
              a/k/a "Boss Gang",
              a/k/a "Cortez Andre Woods".
```

1. The allegations contained in paragraphs one through fifteen of Count One are realleged in this count and are incorporated by reference as if fully set forth herein.

2. From on or about January 1, 1993, until the date of this indictment, the exact dates being unknown to the Grand Jury, in the

20

Eastern District of Michigan, Southern Division, and elsewhere, the defendants , CHRISTOPHER ALLEN, JR., a/k/a "Billy Dee Bell", a/k/a "Mike", MICHAEL KEITH AVERY, a/k/a "Omar Jabar", a/k/a "Mike Gant", a/k/a "Mike Richardson", a/k/a "Richard Allen Young", a/k/a "Glen Reid Simpson", a/k/a "Kevin Lee Ivory", a/k/a "Yusef Mohammed Shabaz", MARCUS UNDARICK BALDWIN, a/k/a "Stutterbox", a/k/a "Raesean Dee Shannon", a/k/a/ "Marcus Belfone", WILLIE CHRISTIAN BARGINERE, a/k/a "Fats", a/k/a "Tony", EDWARD JAMES BELL, PERRY BODDY, JR., a/k/a "Anthony Tolbert", a/k/a "Boo", a/k/a "Boo Cup", a/k/a "Buck Tooth", STEVE JEROME BROOKS, CHATYN LEFALLE BYRD, KENNETH CARR, DERRICK FUNDERBERG, a/k/a "Demo", MICHAEL KENT HAMILTON, a/k/a "Mike Ham", TYREE JONES, a/k/a "Pluck", a/k/a, SAMUEL LIVINGSTON, JR., a/k/a "Dinky", AIJALON WALLACE MCLITTLE, II, a/k/a "Wild", a/k/a "Wall", CRYSTAL PHIFER, MARIO POWELL, DWAYNE ORALLIS SMITH, a/k/a "Wayne", YON CLAMECHE SNYDER, a/k/a "Goldie", EDDIE TURNER, JR., MICHAEL TYRONE WILLIS, ERIC FINLEY WILSON, a/k/a "Little E", ANDRE CORTEZ WOODS, a/k/a "Boss Gang", a/k/a "Cortez Andre Woods", being persons employed by and associated with the enterprise described in paragraphs one through ten of Count One of this indictment, which enterprise was engaged in, and the activities of which affected, interstate and foreign commerce, knowingly and intentionally did combine, conspire, confederate, and agree with each other, and with persons known and unknown to the Grand Jury, to commit an offense against the United States, to wit: to violate Title 18, United States Code, Section 1962(c), that is, to conduct and participate, directly and

21

indirectly, in the conduct of the affairs of that enterprise through a pattern of racketeering activity, that is, Racketeering Acts One through Forty One, as set forth in paragraphs twelve through fifteen in Count One.

3. It was part of the conspiracy that each defendant agreed to the commission of at least two acts of racketeering in the conduct of the affairs of the enterprise.

All in violation of Title 18, United States Code, Section 1962(d).

COUNT THREE
18 U.S.C.§ 1952
(Interstate and Foreign Travel in Aid of Racketeering Enterprises)

D-1  CHRISTOPHER ALLEN, JR.,
      a/k/a "Billy Dee Bell",
      a/k/a "Mike",
D-4  WILLIE CHRISTIAN BARGINERE,
      a/k/a "Fats",
      a/k/a "Tony",
D-10 DERRICK FUNDERBERG,
      a/k/a "Demo",
D-18 EDDIE TURNER, JR.

On or about November 1 through November 11, 1994, in the Eastern District of Michigan, Southern Division and elsewhere, defendants CHRISTOPHER ALLEN, JR., a/k/a "Billy Dee Bell",a/k/a "Mike", WILLIE CHRISTIAN BARGINERE, a/k/a "Fats", a/k/a "Tony", DERRICK FUNDERBERG, a/k/a "Demo", and EDDIE TURNER, JR. did travel in interstate commerce from Detroit, in the State of Michigan to Fremont, in the State of Ohio, with intent to promote, manage, establish, and carry on, and to facilitate the promotion, management, establishment and carrying on of an unlawful activity,

22

that is, a business enterprise involving controlled substances in violation of Title 21, United States Code, Section 846, and thereafter did perform and attempt to perform, acts to promote, manage, establish, and carry on, and to facilitate the promotion, management, establishment and carrying on of said unlawful activity.

All in violation of Title 18, United States Code, Section 1952.

### COUNT FOUR
### 21 U.S.C. §846
### (Conspiracy to Distribute Cocaine and Marijuana)

D-1  CHRISTOPHER ALLEN, JR.,
      a/k/a "Billy Dee Bell",
      a/k/a "Mike",
D-4  WILLIE CHRISTIAN BARGINERE,
      a/k/a "Fats",
      a/k/a "Tony",
D-10 DERRICK FUNDERBERG,
      a/k/a "Demo",
D-11 MICHAEL KENT HAMILTON,
      a/k/a "Mike Ham",
D-15 CRYSTAL PHIFER,
D-16 EDDIE TURNER, JR.

1). That from on or about January 1, 1993, until the date of this indictment, the exact dates being unknown to the Grand Jury, in the Eastern District of Michigan, Southern Division, and elsewhere, CHRISTOPHER ALLEN, JR., a/k/a "Billy Dee Bell", a/k/a "Mike", WILLIE CHRISTIAN BARGINERE, a/k/a "Fats", a/k/a "Tony", DERRICK FUNDERBERG, a/k/a "Demo", MICHAEL KENT HAMILTON, a/k/a "Mike Ham", CRYSTAL PHIFER and EDDIE TURNER, JR., defendants herein, did knowingly, wilfully and unlawfully combine, conspire, confederate and agree among themselves and with various other

persons whose names are both known and unknown, including Obie Carter III, to commit an offense or offenses against the United States contrary to the provisions of Section 841(a)(1), of Title 21, United States Code, that is, to intentionally, knowingly and unlawfully distribute and to possess with intent to distribute cocaine, a Schedule II controlled substance, and marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 846.

## COUNT FIVE
21 U.S.C. Sec. 843(b)
(Use of Communication Facility in Facilitating the Commission of Violations of the Controlled Substances Act)

D-11 MICHAEL KENT HAMILTON,
       a/k/a "Mike Ham"

On or about October 29, 1994, in the Eastern District of Michigan, Southern Division, and elsewhere, MICHAEL KENT HAMILTON, aka "Mike Ham", defendant herein, knowingly and intentionally used a communication facility, to-wit: a telephone, in causing or facilitating the commission of acts constituting a felony under the Controlled Substances Act, to-wit: conspiracy to distribute cocaine and marijuana in violation of 21 U.S.C. § 846.

All in violation of Title 21, United States Code, Section 843(b).

24

<u>COUNT SIX</u>
21 U.S.C. Sec. 843(b)
(Use of Communication Facility in Facilitating the Commission of
Violations of the Controlled Substances Act)

D-4  WILLIE CHRISTIAN BARGINERE,
       a/k/a "Fats", a/k/a "Tony"

On or about November 10, 1994, in the Eastern District  of
Michigan, Southern Division, and elsewhere, WILLIE CHRISTIAN
BARGINERE, a/k/a "Fats", a/k/a "Tony" , defendant herein, knowingly
and intentionally used a communication facility, to-wit: a
telephone, in causing or facilitating the commission of acts
constituting a felony under the Controlled Substances Act , to-wit:
conspiracy to distribute cocaine and marijuana in violation of 21
U.S.C. § 846.

All in violation of Title 21, United States Code, Section
843(b).


<u>COUNT SEVEN</u>
21 U.S.C. Sec. 843(b)
(Use of Communication Facility in Facilitating the Commission of
Violations of the Controlled Substances Act)

D-1  CHRISTOPHER ALLEN, JR.,
       a/k/a "Billy Dee Bell",
       a/k/a "Mike"

On or about November 7, 1994, in the Eastern District  of
Michigan, Southern Division, and elsewhere, CHRISTOPHER ALLEN, JR.,
a/k/a "Billy Dee Bell", a/k/a "Mike", defendant herein, knowingly
and intentionally used a communication facility, to-wit: a
telephone, in causing or facilitating the commission of acts
constituting a felony under the Controlled Substances Act, to-wit:

25

conspiracy to distribute cocaine and marijuana in violation of 21 U.S.C. § 846.

All in violation of Title 21, United States Code, Section 843(b).

COUNT EIGHT
21 U.S.C. Sec. 843(b)
(Use of Communication Facility in Facilitating the Commission of Violations of the Controlled Substances Act)

D-1    CHRISTOPHER ALLEN, JR.,
       a/k/a "Billy Dee Bell",
       a/k/a "Mike"

On or about October 28, 1994, in the Eastern District of Michigan, Southern Division, and elsewhere, CHRISTOPHER ALLEN, JR., a/k/a "Billy Dee Bell",a/k/a "Mike", defendant herein, knowingly and intentionally used a communication facility, to-wit: a telephone, in causing or facilitating the commission of acts constituting a felony under the Controlled Substances Act, to-wit: conspiracy to distribute cocaine and marijuana in violation of 21 U.S.C. § 846.

All in violation of Title 21, United States Code, Section 843(b).

26

## COUNT NINE
### 21 U.S.C. Sec. 843(b)
(Use of Communication Facility in Facilitating the Commission of Violations of the Controlled Substances Act)

D-1   CHRISTOPHER ALLEN, JR.,
      a/k/a "Billy Dee Bell",
      a/k/a "Mike"

On or about October 29, 1994, in the Eastern District of Michigan, Southern Division, and elsewhere, CHRISTOPHER ALLEN, JR., a/k/a "Billy Dee Bell",a/k/a "Mike", defendant herein, knowingly and intentionally used a communication facility, to-wit: a telephone, in causing or facilitating the commission of acts constituting a felony under the Controlled Substances Act, to-wit: conspiracy to distribute cocaine and marijuana in violation of 21 U.S.C. § 846.

All in violation of Title 21, United States Code, Section 843(b).


## COUNT TEN
### 21 U.S.C. Sec. 843(b)
(Use of Communication Facility in Facilitating the Commission of Violations of the Controlled Substances Act)

D-15   CRYSTAL PHIFER

On or about September 30, 1994, in the Eastern District of Michigan, Southern Division, and elsewhere, CRYSTAL PHIFER, defendant herein, knowingly and intentionally used a communication facility, to-wit: a telephone, in causing or facilitating the commission of acts constituting a felony under the Controlled Substances Act, to-wit: conspiracy to distribute cocaine and

marijuana in violation of 21 U.S.C. § 846.

All in violation of Title 21, United States Code, Section 843(b).

### COUNT ELEVEN
21 U.S.C. Sec. 843(b)
(Use of Communication Facility in Facilitating the Commission of Violations of the Controlled Substances Act)

D-15  CRYSTAL PHIFER

On or about November 11, 1994, in the Eastern District of Michigan, Southern Division, and elsewhere, CRYSTAL PHIFER, defendant herein, knowingly and intentionally used a communication facility, to-wit: a telephone, in causing or facilitating the commission of acts constituting a felony under the Controlled Substances Act, to wit: conspiracy to distribute cocaine & marijuana in violation of 21 U.S.C. § 846.

All in violation of Title 21, United States Code, Section 843(b).

### COUNT TWELVE
21 U.S.C. Sec. 843(b)
(Use of Communication Facility in Facilitating the Commission of Violations of the Controlled Substances Act)

D-10 DERRICK FUNDERBERG,
a/k/a "Demo"

On or about October 29, 1994, at 11:38 am in the Eastern District of Michigan, Southern Division, and elsewhere, DERRICK FUNDERBERG, a/k/a "Demo", defendant herein, knowingly and intentionally used a communication facility, to-wit: a telephone, in causing or facilitating the commission of acts constituting a

28

felony under the Controlled Substances Act, to-wit: conspiracy to distribute cocaine and marijuana in violation of 21 U.S.C. § 846.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT THIRTEEN
21 U.S.C. Sec. 843(b)
(Use of Communication Facility in Facilitating the Commission of
Violations of the Controlled Substances Act)

D-10 DERRICK FUNDERBERG,
        a/k/a "Demo"

On or about October 29, 1994, at 1:01 pm in the Eastern District of Michigan, Southern Division, and elsewhere, DERRICK FUNDERBERG, a/k/a "Demo", defendant herein, knowingly and intentionally used a communication facility, to-wit: a telephone, in causing or facilitating the commission of acts constituting a felony under the Controlled Substances Act, to wit: conspiracy to distribute cocaine & marijuana in violation of 21 U.S.C. § 846.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT FOURTEEN
21 U.S.C. Sec. 843(b)
(Use of Communication Facility in Facilitating the Commission of
Violations of the Controlled Substances Act)

D-10 DERRICK FUNDERBERG,
        a/k/a "Demo"

On or about October 29, 1994, at 1:03 pm in the Eastern District of Michigan, Southern Division, and elsewhere, DERRICK FUNDERBERG, a/k/a "Demo", defendant herein, knowingly and

29

intentionally used a communication facility, to wit: a telephone, in causing or facilitating the commission of acts constituting a felony under the Controlled Substances Act, to wit: conspiracy to distribute cocaine and marijuana in violation of 21 U.S.C. § 846.

All in violation of Title 21, United States Code, Section 843(b).


<u>COUNT FIFTEEN</u>
21 U.S.C. Sec. 843(b)
(Use of Communication Facility in Facilitating the Commission of
Violations of the Controlled Substances Act)

D-18 EDDIE TURNER, JR.

On or about October 28, 1994, at 8:40am, in the Eastern District of Michigan, Southern Division, and elsewhere, EDDIE TURNER, JR., defendant herein, knowingly and intentionally used a communication facility, to-wit: a telephone, in causing or facilitating the commission of acts constituting a felony under the Controlled Substances Act, to-wit: conspiracy to distribute cocaine and marijuana in violation of 21 U.S.C. § 846.

All in violation of Title 21, United States Code, Section 843(b).

30

## COUNT SIXTEEN
21 U.S.C. Sec. 843(b)
(Use of Communication Facility in Facilitating the Commission of
Violations of the Controlled Substances Act)

D-4    WILLIE BARGINERE,
          a/k/a "Fats",
          a/k/a "Tony",
D-18  EDDIE TURNER, JR.

On or about October 28, 1994, at 10:47am, in the Eastern

District of Michigan, Southern Division, and elsewhere,

WILLIE CHRISTIAN BARGINERE, a/k/a "Fats", a/k/a "Tony" and EDDIE

TURNER, JR., defendant herein, knowingly and intentionally used a

communication facility, to-wit: a telephone, in causing or

facilitating the commission of acts constituting a felony under the

Controlled Substances Act, to-wit: conspiracy to distribute cocaine

and marijuana in violation of 21 U.S.C. § 846.

All in violation of Title 21, United States Code, Section

843(b).


## COUNT SEVENTEEN
21 U.S.C. Sec. 843(b)
(Use of Communication Facility in Facilitating the Commission of
Violations of the Controlled Substances Act)

D-18  EDDIE TURNER, JR.

On or about November 3, 1994, at 2:00pm, in the Eastern

District of Michigan, Southern Division, and elsewhere,

EDDIE TURNER, JR., defendant herein, knowingly and intentionally

used a communication facility, to-wit: a telephone, in causing or

facilitating the commission of acts constituting a felony under the

Controlled Substances Act, to-wit: conspiracy to distribute cocaine

31

and marijuana in violation of 21 U.S.C. § 846.

All in violation of Title 21, United States Code, Section 843(b).

### COUNT EIGHTEEN
18 U.S.C.§ 1959
(Violent Crimes in Aid of Racketeering
Activity)

D-20  MICHAEL TYRONE WILLIS

1. At all times relevant to this indictment, the enterprise described in paragraphs One through Ten of Count One of this indictment, which paragraphs are realleged and incorporated by reference as though set forth fully herein, constituted an enterprise as defined in Title 18, United States Code, Section 1959(b)(2), namely, a group of individuals associated in fact which was engaged in, and the activities of which affected, interstate and foreign commerce.

2. At all times relevant to this indictment, the above-described enterprise, through its members and associates, engaged in racketeering activity as defined in Title 18, United States Code, Sections 1959(b)(1) and 1961(1), namely, acts involving murder and robbery in violation of the laws of the State of Michigan (MCLA §§ 750.529, 750.89, 750.83, 750.92), acts involving drug trafficking in violation of Title 21, United States Code, Sections 846 and 843(b), and acts indictable under Title 18, United States Code, Section 1952 (Interstate Travel in Aid of Racketeering), as set forth more fully as Racketeering Acts One

through Forty One in paragraphs eleven through fifteen of Count One, which are incorporated by reference herein.

3. On or about February 22, 1994, in the Eastern District of Michigan, Southern Division, and elsewhere, for the purpose of maintaining and increasing his position in an enterprise engaged in acts of racketeering, as set forth above, MICHAEL TYRONE WILLIS, defendant herein, unlawfully, willfully, and knowingly committed an assault with a dangerous weapon, to wit: a shotgun, upon Mary Young in violation of the law of the State of Michigan (MCLA § 750.82).

All in violation of Title 18, United States Code, Sections 1959(a)(3).

COUNT NINETEEN
18 U.S.C.§ 1959
(Violent Crimes in Aid of Racketeering
Activity)

D-22 ANDRE CORTEZ WOODS,
        a/k/a "Boss Gang",
        a/k/a "Cortez Andre Woods"

1. Paragraphs One and Two of Count Eighteen of this indictment are realleged and incorporated by reference as if fully set forth herein.

2. On or about  March 20, 1994, in the Eastern District of Michigan, Southern Division, and elsewhere, for the purpose of maintaining and increasing his position in the enterprise described in Count One above, ANDRE WOODS, a/k/a "Boss Gang", a/k/a "Cortez Andre Woods", defendant herein, unlawfully, willfully, and

33

knowingly committed an assault with a dangerous weapon resulting in serious bodily injury upon Willie P. Ross, in violation of the law of the State of Michigan (MCLA §§ 750.82 & 750.84).

All in violation of Title 18, United States Code, Section 1959(a)(3).

COUNT TWENTY
18 U.S.C.§ 1959
(Violent Crimes in Aid of Racketeering
Activity)

D-6  PERRY BODDY, JR.
   a/k/a "Anthony Tolbert"
   a/k/a "Boo",
   a/k/a "Boo Cup",
   a/k/a "Buck Tooth"

1. Paragraphs One and Two of Count Eighteen of this indictment are realleged and incorporated by reference as if fully set forth herein.

2. On or about May 13, 1994, in the Eastern District of Michigan, Southern Division, and elsewhere, for the purpose of maintaining and increasing his position in the enterprise described in Count One above, PERRY BODDY, JR., a/k/a "Anthony Tolbert", a/k/a "Boo", a/k/a "Boo Cup", a/k/a "Buck Tooth", defendant herein, unlawfully, willfully, and knowingly committed an assault with a dangerous weapon resulting in serious bodily injury upon Nathaniel Scarber, in violation of the law of the State of Michigan (MCLA §§ 750.82 & 750.84).

All in violation of Title 18, United States Code, Section 1959(a)(3).

34

COUNT TWENTY ONE
18 U.S.C.§ 1959
(Violent Crimes in Aid of Racketeering
Activity)

D-4 WILLIE BARGINERE
      a/k/a "Fats",
      a/k/a "Tony",

1. Paragraphs One and Two of Count Eighteen of this indictment are realleged and incorporated by reference as if fully set forth herein.

2. On or about June 23, 1994, in the Eastern District of Michigan, Southern Division, for the purpose of maintaining and increasing his position in the enterprise described in Count One above, WILLIE BARGINERE, a/k/a "Fats", a/k/a "Tony", defendant herein, unlawfully, willfully, and knowingly committed an assault with a dangerous weapon resulting in serious bodily injury upon Steve Woods, in violation of the law of the State of Michigan (MCLA §§ 750.82 & 750.84).

All in violation of Title 18, United States Code, Section 1959(a)(3).

COUNT TWENTY TWO
(18 U.S.C. § 924(c) - Use of firearm during and
in relation to crime of violence)

D-1    CHRISTOPHER ALLEN, JR.,
        a/k/a "Billy Dee Bell",
        a/k/a "Mike",
D-2    MICHAEL KEITH AVERY,
        a/k/a "Omar Jabar",
        a/k/a "Mike Gant",
        a/k/a "Mike Richardson",
        a/k/a "Richard Allen Young",
        a/k/a Glen Reid Simpson",
        a/k/a "Kevin Lee Ivory",
        a/k/a "Yusef Mohammed Shabaz",
D-3    MARCUS UNDARICK BALDWIN,

35

```
                 a/k/a "Stutterbox",
                 a/k/a "Reasean Dee Shannon",
                 a/k/a/ "Marcus Belfone",
D-4    WILLIE BARGINERE,
                 a/k/a "Fats",
                 a/k/a "Tony",
D-5    EDWARD JAMES BELL,
D-6    PERRY BODDY, JR.,
                 a/k/a "Anthony Tolbert",
                 a/k/a "Boo",
                 a/k/a "Boo Cup",
                 a/k/a "Buck Tooth",
D-7    STEVE JEROME BROOKS,
D-8    CHATYN LEFALLE BYRD,
D-9    KENNETH CARR,
D-10   DERRICK FUNDERBERG,
                 a/k/a "Demo",
D-11   MICHAEL KENT HAMILTON,
                 a/k/a "Mike Ham",
D-12   TYREE JONES,
                 a/k/a "Pluck",
D-13   SAMUEL LIVINGSTON, JR.,
                 a/k/a "Dinky",
D-14   AIJALON WALLACE MCLITTLE, II,
                 a/k/a "Wild",
                 a/k/a "Wall",
D-15   CRYSTAL PHIFER,
D-16   MARIO POWELL,
D-17   DWAYNE ORALLIS SMITH,
                 a/k/a "Wayne",
D-18   YON CLAMECHE SNYDER,
                 a/k/a "Goldie",
D-19   EDDIE TURNER, JR.,
D-20   MICHAEL TYRONE WILLIS,
D-21   ERIC FINLEY WILSON,
                 a/k/a "Little E",
D-22   ANDRE CORTEZ WOODS,
                 a/k/a "Boss Gang",
                 a/k/a "Cortez Andre Woods".
```

That from on or about January 1, 1993, until November 12,

1994, in the Eastern District of Michigan, Southern Division, and

elsewhere, CHRISTOPHER ALLEN, JR., a/k/a "Billy Dee Bell", a/k/a

"Mike", MICHAEL KEITH AVERY, a/k/a "Omar Jabar", a/k/a "Mike

Gant", a/k/a "Mike Richardson",  a/k/a "Richard Allen Young",

a/k/a Glen Reid Simpson", a/k/a "Kevin Lee Ivory", a/k/a "Yusef

Mohammed Shabaz", MARCUS UNDARICK BALDWIN, a/k/a "Stutterbox",
a/k/a "Raesean Dee Shannon", WILLIE CHRISTIAN BARGINERE, a/k/a
"Fats", a/k/a "Tony", EDWARD JAMES BELL, PERRY BODDY, JR., a/k/a
"Anthony Tolbert", a/k/a "Boo", a/k/a "Boo Cup", a/k/a "Buck
Tooth", STEVE JEROME BROOKS, CHATYN LEFALLE BYRD, KENNETH CARR,
DERRICK FUNDERBERG, a/k/a "Demo", MICHAEL KENT HAMILTON, a/k/a
"Mike Ham", TYREE JONES, a/k/a "Pluck", SAMUEL LIVINGSTON, JR.,
a/k/a "Dinky", AIJALON MCLITTLE, II, a/k/a "Wild", a/k/a "Wall",
CRYSTAL PHIFER, MARIO POWELL, DWAYNE ORALLIS SMITH, a/k/a
"Wayne", YON CLAMECHE SNYDER, a/k/a "Goldie", EDDIE TURNER, JR.,
MICHAEL TYRONE WILLIS, ERIC FINLEY WILSON, a/k/a "Little E",
ANDRE CORTEZ WOODS, a/k/a "Boss Gang", a/k/a "Cortez Andre
Woods", defendants herein, did knowingly and unlawfully use and
aid and abet each other in the use of a firearm, during and in
relation to a crime or crimes of violence, as defined by Title
18, United States Code, Sections 924(c)(3)(A) and (B), to-wit:
Racketeer Influenced and Corrupt Organizations (RICO), 18 U.S.C.
§§ 1961 & 1962.

All in violation of Title 18, United States Code, Section 924(c)(1) and Title 18, United States Code, Section 2.

THIS IS A TRUE BILL

FOREPERSON

SAUL A. GREEN
United States Attorney

MICHAEL C. LEIBSON
Assistant United States Attorney

WILLIAM J. SAUGET
Assistant United States Attorney

Dated: December 12, 1995

38

MAGISTRATE JUDGE CARLSON

PATRICK J. DUGGAN

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

(FELONY)

CRIMINAL CASE COVER SHEET    **95-81146**

U.S.A. v. Christopher Allen, Jr., et. al.

County in which
offense occurred    **Wayne**

## I.  Case Classification

__X__    New Case:  not related to any pending case and no
prior complaint.

____    New Case:  not related to any pending case and based
on prior or pending complaint number_____.

____    **Superseding Case:**

1. Superseding to case number _____ assigned to Judge _____.
Original case was terminated on motion, does not contain additional
defendants or charges.

2. Superseding to case number _____ assigned to Judge _____.
Corrects errors in names, places, etc., does not contain additional
defendants or charges.

3. Superseding to case number _____ assigned to Judge _____.
Involves different charges or added counts for purposes of plea
only.

4. Superseding to case number _____ assigned Judge _____.
Embraces same subject matter but contains following additional
defendants or charges:

   **Defendant**                                **Charges**


II.  This case might be designated a companion case in accordance
with Local Rule 100.2((b)(7): Companion Case Number(s) _____.

III. If any other indictments or informations have been filed on
other defendants named in the original complaint, please
list those defendants' names below:

_____
**MICHAEL C. LEIBSON**
**Assistant United States Attorney**

Dated:  12/12/95

AO 245 S (Rev. 4/95) Sheet 1 - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## Eastern District of Michigan

(FYI)

MAGISTRATE JUDGE BROWN

UNITED STATES OF AMERICA

**FILED**

MAY 1 0 2005

**05CR 420**

v.

Case Number CR 95-81146-DT-D20
Honorable Patrick J. Duggan

**MICHAEL TYRONE WILLIS**
Defendant.

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JUDGE CASTILLO

4/28/96

## JUDGMENT IN A CRIMINAL CASE
### (For Offenses Committed On or After November 1, 1987)

The defendant, **MICHAEL TYRONE WILLIS**, was represented by Donald W. Ferris, Jr.

On motion of the United States the Court has dismissed Count(s) **2,18**.

The defendant pleaded guilty to Count(s) **1,22**. Accordingly, the defendant is adjudged guilty of such count(s), involving the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18:1962(c) | Racketeer influenced & corrupt organizations. | 12/12/95 | 1 |
| 18:924(c) | Use of firearm during& in relation to crime of violence. | 11/12/94 | 22 |

As pronounced on **January 14, 1997**, the defendant is sentenced as provided in pages 2 through 4 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant shall pay to the United States a special assessment of $ 100.00, for Count(s) **1&22**, which shall be due immediately.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

Signed: **JAN 1 5 1997**

Patrick J. Duggan
United States District Judge

Defen
Defen
Defen

it, Mi, 48219

I certify that the foregoing is
a true copy of the original on file in this
Office.
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

By _____ Deputy

D 20

339

AO 245 S (Rev. 4/95) Sheet 2 - Imprisonment

Judgment--Page 2 of 4

Defendant: **MICHAEL TYRONE WILLIS**
Case Number: CR **95-81146-DT-D20**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **35** months on Count 1 and **60** months on Count 22, to run consecutive to the term imposed on Count 1.

The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons **as directed by the Bureau of Prisons**.

## RETURN

I have executed this Judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this Judgment.

_____
United States Marshal

By _____
Deputy Marshal

AO 245 S (Rev. 4/95) Sheet 3 - Supervi.   . Release

Judgment--Page 3 of 4

Defendant: **MICHAEL TYRONE WILLIS**
Case Number: CR **95-81146-DT-D20**

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **3** years on each of Counts 1 and 22, to run concurrent.

While on supervised release, the defendant shall not commit another federal, state, or local crime; shall not illegally possess a controlled substance; shall comply with the standard conditions that have been adopted by this court (set forth below); and shall comply with the following additional conditions:

--If ordered to the custody of the Bureau of Prisons, the defendant shall report in person to the probation office in which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

--If this judgment imposes a fine, special assessment, costs, or restitution obligation, it shall be a condition of supervised release that the defendant pay, as directed by the Probation Office, any such fine, assessments, costs, and restitution that remain unpaid at the commencement of the term of supervised release.

--The defendant shall not own or possess a firearm, destructive device, or dangerous weapon.

**The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the Probation Department.**

## STANDARD CONDITIONS OF SUPERVISION

While the defendant is on supervised release pursuant to this Judgment:

1) The defendant shall not leave the judicial district without the permission of the court or probation officer.
2) The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month.
3) The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.
4) The defendant shall support his or her dependents and meet other family responsibilities.
5) The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.
6) The defendant shall notify the probation officer at least 10 days prior to any change in residence or employment.
7) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute or administer any narcotic or other controlled substance, or any paraphernalia related to such substances.
8) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.
9) The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.
10) The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer.
11) The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.
12) The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without permission of the court.
13) As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

APPEAL, APPEAL, APPEAL, APPEAL, APPEAL, APPEAL

# U.S. District Court
## Eastern District of Michigan (Detroit)
## CRIMINAL DOCKET FOR CASE #: 2:95-cr-80420-20
### Internal Use Only

Case title: USA v. Allen, et al                    Date Filed: 12/12/1995

Assigned to: Judge Patrick J.
Duggan

## Defendant

**Michael Tyrone Willis** (20)                    represented by **Federal Defender**
*TERMINATED: 01/15/1997*                    Federal Defender Office (Detroit)
645 Griswold Street
Suite 2255
Detroit, MI 48226
313-961-4150
*TERMINATED: 01/11/1996*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender*
*Appointment*

**Donald W. Ferris, Jr.**
Ferris & Salter
4158 Washtenaw Avenue
Ann Arbor, MI 48108
734-677-2020
Fax: 734-677-2020
*TERMINATED: 01/15/1997*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

## Pending Counts

## Disposition

IMPRISONMENT: (35)
MONTHS ON COUNT 1 AND

| | |
|---|---|
| 18 U.S.C. 1962(c) RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS (1) | (60) MONTHS ON COUNT 22, TO RUN CONSECUTIVE TO THE TERM IMPOSED ON COUNT 1. SUPERVISED RELEASE: (3) YEARS |
| 18 U.S.C. 924(c) USE OF FIREARM DURING AND IN RELATION TO CRIME OF VIOLENCE (22) | IMPRISONMENT: (35) MONTHS ON COUNT 1 AND (60) MONTHS ON COUNT 22, TO RUN CONSECUTIVE TO THE TERM IMPOSED ON COUNT 1. SUPERVISED RELEASE: (3) YEARS |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 18 U.S.C. 1962(d) CONSPIRACY TO VIOLATE 18 U.S.C. 1962(c) (2) | DISPOSED |
| 18 U.S.C. 1959 VIOLENT CRIMES IN AID OF RACKETEERING ACTIVITY (18) | DISPOSED |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

| **United States of America** | represented by | **Michael C. Leibson** United States Attorney's Office 211 W. Fort Street |
|---|---|---|

Suite 2001
Detroit, MI 48226-3211
313-226-9100
Email:
michael.leibson@usdoj.gov
*TERMINATED: 03/16/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William J. Sauget**
United States Attorney's Office
211 W. Fort Street
Suite 2001
Detroit, MI 48226-3211
313-226-9100
Email:
WILLIAM.SAUGET@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 12/12/1995 |   | (np) (Entered: 12/14/1995) |
| 12/12/1995 | 1 | MOTION and order by Magistrate Judge Steven D. Pepe as to defendants sealing indictment (ls) (Entered: 12/14/1995) |
| 12/13/1995 | 2 | MOTION and order by Magistrate Judge Virginia M. Morgan as to defendants unsealing indictment (ls) (Entered: 12/14/1995) |
| 12/13/1995 | 3 | INDICTMENT against Christopher Allen (1) count(s) 1, 2, 3, 4, 7-9, Michael Keith Avery (2) count(s) 1, 2, Marcus Undarick Baldwin (3) count(s) 1, 2, Willie Barginere (4) count(s) 1, 2, 3, 4, 6, 16, Edward James Bell (5) count(s) 1, 2, Perry Boddy (6) count(s) 1, 2, Steve Jerome Brooks (7) count(s) 1, 2, Chatyn Lefalle Byrd (8) count(s) 1, 2, Kenneth Carr (9) count(s) 1, 2, Derrick Funderberg (10) count(s) 1, 2, 3, 4, 12-14, Michael Kent Hamilton (11) count(s) 1, 2, 4, 5, Tyree Jones (12) count(s) 1, 2, Samuel Livingston (13) count(s) 1, 2, Aijalon Wallace McLittle (14) count(s) 1, 2, Crystal Phifer (15) count(s) 1, 2, 4, 10-11, Mario Powell (16) count(s) 1, 2, Dwayne Orallis Smith (17) count(s) 1, 2, Yon Clameche Snyder (18) count(s) 1, 2, Eddie Turner (19) count(s) 1, 2, 3, 4, |

| | | |
|---|---|---|
| | | 15, 16, 17, Michael Tyrone Willis (20) count(s) 1, 2, 18, Eric Finley Wilson (21) count(s) 1, 2, Andre Cortez Woods (22) count(s) 1, 2, 19 (time stamped 12-12-95) (ls) (Entered: 12/15/1995) |
| 12/13/1995 | | COUNTS added against Christopher Allen (1) count(s) 22, Michael Keith Avery (2) count(s) 22, Marcus Undarick Baldwin (3) count(s) 22, Willie Barginere (4) count(s) 22, Edward James Bell (5) count(s) 22, Perry Boddy (6) count(s) 22, Steve Jerome Brooks (7) count(s) 22, Chatyn Lefalle Byrd (8) count(s) 22, Kenneth Carr (9) count(s) 22, Derrick Funderberg (10) count(s) 22, Michael Kent Hamilton (11) count(s) 22, Tyree Jones (12) count(s) 22, Samuel Livingston (13) count(s) 22, Aijalon Wallace McLittle (14) count(s) 22, Crystal Phifer (15) count(s) 22, Mario Powell (16) count(s) 22, Dwayne Orallis Smith (17) count(s) 22, Yon Clameche Snyder (18) count(s) 22, Eddie Turner (19) count(s) 22, Michael Tyrone Willis (20) count(s) 22, Eric Finley Wilson (21) count(s) 22, Andre Cortez Woods (22) count(s) 22 (ls) (Entered: 12/15/1995) |
| 12/13/1995 | 4 | REQUEST AND WARRANT for arrest issued as to Christopher Allen Jr., Michael Keith Avery, Marcus Undarick Baldwin, Willie Barginere, Edward James Bell, Perry Boddy Jr., Steve Jerome Brooks, Chatyn Lefalle Byrd, Kenneth Carr, Derrick Funderberg, Michael Kent Hamilton, Tyree Jones, Samuel Livingston Jr., Aijalon Wallace McLittle, Crystal Phifer, Mario Powell, Dwayne Orallis Smith, Yon Clameche Snyder, Eddie Turner Jr., Michael Tyrone Willis, Eric Finley Wilson, Andre Cortez Woods (ls) (Entered: 12/15/1995) |
| 12/14/1995 | | INITIAL appearance by defendant Michael Tyrone Willis (20) count(s) 1, 2, 18, 22 before Magistrate Judge Donald A. Scheer, set unsecured bond in the amount of 10,000 with conditions - D/Atty: Andrew Desemo - AUSA: William Sauget - Tape # DAS 95-164 (RJ) (Entered: 12/18/1995) |
| 12/14/1995 | 34 | ORDER by Magistrate Judge Donald A. Scheer appointing the Federal Defender Office to represent defendant Michael Tyrone Willis , with financial affidavit attached (Timestamped 12/15/95) (lt) (Entered: 12/18/1995) |
| 12/14/1995 | 35 | ORDER by Magistrate Judge Donald A. Scheer as to defendant Michael Tyrone Willis, setting unsecured bond in the amount of $10,000 with conditions (Timestamped |

| | | |
|---|---|---|
| | | 12/15/95) (lt) (Entered: 12/18/1995) |
| 12/14/1995 | 36 | BOND in the amount of $10,000 unsecured entered as to defendant Michael Tyrone Willis (Timestamped 12/15/95) (lt) (Entered: 12/18/1995) |
| 12/14/1995 | | ARRAIGNMENT adjourned as to defendant Michael Tyrone Willis to 1:00 12/15/95 - Magistrate Judge Donald A. Scheer - D/Atty: Andrew Desemo - AUSA: William Sauget - Tape #: DAS 95-164 (RJ) (Entered: 12/18/1995) |
| 12/15/1995 | | ARRAIGNMENT adjourned as to defendant Michael Tyrone Willis to 1:00 12/20/95 continue bond in the amount of $ 10,000 unsecured as to defendant Tyrone Willis - Magistrate Judge Paul J. Komives - D/Atty: Don Ferris - AUSA: Michael Leibson - Tape #: Duty Call 12/15/95 (kd) (Entered: 12/18/1995) |
| 12/18/1995 | 51 | APPEARANCE for defendant Michael Tyrone Willis of attorney Donald W. Ferris Jr. (MM) (Entered: 12/19/1995) |
| 01/02/1996 | | ARRAIGNMENT adjourned as to defendant Michael Tyrone Willis to 1:00 1/8/96 - Magistrate Judge Paul J. Komives - D/Atty: no attorney present - AUSA: Jan Terbush/Steve Robinson - Tape #: Duty Call 1/2/96 (kd) (Entered: 01/02/1996) |
| 01/08/1996 | | ARRAIGNMENT concluded as to defendant Michael Tyrone Willis, plea of not guilty entered - Magistrate Judge Lynn V. Hooe Jr. - D/Atty: Don Ferris - AUSA: Engstrom - Tape #: LVH 1/8/96 (Mm) (Entered: 01/09/1996) |
| 01/08/1996 | | SCHEDULE: by Magistrate Judge Lynn V. Hooe Jr. as to defendant Michael Tyrone Willis pretrial conference set for 10:45 1/16/96 for Michael Tyrone Willis (Mm) (Entered: 01/09/1996) |
| 01/08/1996 | 83 | ACKNOWLEDGEMENT by Michael Tyrone Willis and defense counsel of indictment (db) (Entered: 01/10/1996) |
| 01/09/1996 | 84 | ORDER by Magistrate Judge Lynn V. Hooe Jr. as to Michael Tyrone Willis reinstating and continuing bond from case # 95cr81146 in the amount of $ 10,000.00 unsecured with special conditions (db) (Entered: 01/10/1996) |
| 01/11/1996 | 105 | APPOINTMENT for defendant Michael Tyrone Willis of attorney Don Ferris in place of attorney Federal Defender for |

| | | |
|---|---|---|
| | | Michael Tyrone Willis Voucher # 416859 (lt) (Entered: 01/12/1996) |
| 01/16/1996 | | PRETRIAL conference held as to defendant Michael Tyrone Willis - Magistrate Judge Thomas A. Carlson (vs) (Entered: 01/17/1996) |
| 01/26/1996 | 157 | PRETRIAL conference summary order by Magistrate Carlson and approved by Judge Patrick J. Duggan as to defendant Tyrone Willis (db) (Entered: 01/30/1996) |
| 01/26/1996 | 158 | NOTICE by the court as to defendants Christopher Allen Jr., Michael Keith Avery, Marcus Undarick Baldwin, Willie Barginere, Edward James Bell, Perry Boddy Jr., Steve Jerome Brooks, Chatyn Lefalle Byrd, Kenneth Carr, Derrick Funderberg, Michael Kent Hamilton, Tyree Jones, Samuel Livingston Jr., Aijalon Wallace McLittle, Mario Powell, Dwayne Orallis Smith, Yon Clameche Snyder, Eddie Turner Jr., Michael Tyrone Willis, Eric Finley Wilson, Andre Cortez Woods of criminal jury trial and pretrial conference (db) (Entered: 01/30/1996) |
| 01/26/1996 | | SCHEDULE: by Judge Patrick J. Duggan as to defendants Christopher Allen Jr., Michael Keith Avery, Marcus Undarick Baldwin, Willie Barginere, Edward James Bell, Perry Boddy Jr., Steve Jerome Brooks, Chatyn Lefalle Byrd, Kenneth Carr, Derrick Funderberg, Michael Kent Hamilton, Tyree Jones, Samuel Livingston Jr., Aijalon Wallace McLittle, Crystal Phifer, Mario Powell, Dwayne Orallis Smith, Yon Clameche Snyder, Eddie Turner Jr., Michael Tyrone Willis, Eric Finley Andre Cortez Woods criminal jury trial set for 8:45 (Mm) (Entered: 01/31/1996) |
| 03/18/1996 | | PRETRIAL conference held as to defendants Michael Keith Avery, Marcus Undarick Baldwin, Willie Barginere, Edward James Bell, Perry Boddy Jr., Steve Jerome Brooks, Chatyn Lefalle Byrd, Kenneth Carr, Derrick Funderberg, Michael Kent Hamilton, Tyree Jones, Samuel Livingston Jr., Aijalon Wallace McLittle, Mario Powell, Dwayne Orallis Smith, Yon Clameche Snyder, Eddie Turner Jr., Michael Tyrone Willis, Eric Finley Wilson, Andre Cortez Woods - Judge Patrick J. Duggan (Mm) (Entered: 03/21/1996) |
| 03/18/1996 | | CRIMINAL jury trial adjourned to 8:45 6/18/96 for Michael Keith Avery, Marcus Undarick Baldwin, Willie Barginere, |

| | | |
|---|---|---|
| | | Edward James Bell, Perry Boddy Jr., Steve Jerome Brooks, Chatyn Lefalle Byrd, Kenneth Carr, Derrick Funderberg, Michael Kent Hamilton, Tyree Jones, Samuel Livingston Jr., Aijalon Wallace McLittle, Mario Powell, Dwayne Orallis Smith, Yon Clameche Snyder, Eddie Turner Jr., Michael Tyrone Willis, Eric Finley Wilson, Andre Cortez Woods - Judge Patrick J. Duggan - Court Reporter: Marie Metcalf (Mm) (Entered: 03/21/1996) |
| 03/18/1996 | | EXCLUDABLE interval of type XT beginning 3/26/96 and ending 6/18/96 per order [200-1] (Mm) (Entered: 03/21/1996) |
| 03/20/1996 | 203 | NOTICE by the court as to all defendants of new date for criminal jury trial and deadline for motion cut-off (db) (Entered: 03/21/1996) |
| 05/24/1996 | 248 | NOTICE as to Christopher Allen Jr., Marcus Undarick Baldwin, Willie Barginere, Edward James Bell, Perry Boddy Jr., Steve Jerome Brooks, Chatyn Lefalle Byrd, Kenneth Carr, Derrick Funderberg, Michael Kent Hamilton, Samuel Livingston Jr., Aijalon Wallace McLittle, Crystal Phifer, Mario Powell, Dwayne Orallis Smith, Yon Clameche Snyder, Eddie Turner Jr., Michael Tyrone Willis, Eric Finley Wilson, Andre Cortez Woods of pretrial conference , and hearing on motion to suppress defendant's inculpatory statements by Mario Powell [246-1], motion to suppress confession /statement by Eddie Turner Jr. [238-1], motion for court appointed expert by Andre Cortez Woods [236-1] with proof of mailing (lt) (Entered: 05/28/1996) |
| 05/24/1996 | | SCHEDULE: by Judge Patrick J. Duggan as to Christopher Allen Jr., Marcus Undarick Baldwin, Willie Barginere, Edward James Bell, Perry Boddy Jr., Steve Jerome Brooks, Chatyn Lefalle Byrd, Kenneth Carr, Derrick Funderberg, Michael Kent Hamilton, Samuel Livingston Jr., Aijalon Wallace McLittle, Crystal Phifer, Mario Powell, Dwayne Orallis Smith, Yon Clameche Snyder, Eddie Turner Jr., Michael Tyrone Willis, Eric Finley Wilson, Andre Cortez Woods pretrial conference set for 3:00 6/13/96 (lt) (Entered: 05/28/1996) |
| 06/13/1996 | | PRETRIAL conference held as to defendant Christopher Allen Jr., defendant Marcus Undarick Baldwin, defendant Edward James Bell, defendant Perry Boddy Jr., defendant Steve Jerome Brooks, defendant Chatyn Lefalle Byrd, defendant Kenneth Carr, defendant Derrick Funderberg, defendant |

| | | Michael Kent Hamilton, defendant Tyree Jones, defendant Samuel Livingston Jr., defendant Aijalon Wallace McLittle, defendant Crystal Phifer, defendant Mario Powell, defendant Dwayne Orallis Smith, defendant Yon Clameche Snyder, defendant Eddie Turner Jr., defendant Michael Tyrone Willis, defendant Eric Finley Wilson, defendant Andre Cortez Woods trial adj. w/o date, plea cutoff 6/21/96- Judge Patrick J. Duggan (mo) (Entered: 06/19/1996) |
|---|---|---|
| 06/28/1996 | | PLEA held as to defendant Michael Tyrone Willis, plea of guilty by Michael Tyrone Willis (20) count(s) 1, 22 , defendant Michael Tyrone Willis referred to probation - Judge Patrick J. Duggan - Court Reporter: Marie Metcalf (mo) (Entered: 06/28/1996) |
| 06/28/1996 | 268 | RULE 11 plea agreement by Michael Tyrone Willis (db) (Entered: 07/01/1996) |
| 11/08/1996 | 307 | WARRANT for arrest returned executed on 12/14/95 as to defendant Michael Tyrone Willis (generic) (Entered: 11/13/1996) |
| 12/10/1996 | 323 | NOTICE as to defendant Michael Tyrone Willis of sentencing date with proof of mailing (lt) (Entered: 12/11/1996) |
| 12/10/1996 | | SCHEDULE: by Judge Patrick J. Duggan sentencing set for 2:15 1/14/97 for Michael Tyrone Willis (lt) (Entered: 12/11/1996) |
| 01/14/1997 | | SENTENCING held as to defendant Michael Tyrone Willis - Judge Patrick J. Duggan - D/Atty: Don Ferris - AUSA: William Sauget - Court Reporter: Marie Metcalf (mo) (Entered: 01/15/1997) |
| 01/15/1997 | 339 | JUDGMENT and commitment order entered by Judge Patrick J. Duggan sentencing Michael Tyrone Willis (20) count(s) 1, 22 , disposing of count(s) as to Michael Tyrone Willis (20) count(s) 2, 18 (ld) (Entered: 01/23/1997) |
| 01/22/1997 | 343 | APPEAL by defendant Michael Tyrone Willis of order sentencing Michael Tyrone Willis (20) count(s) 1, 22 [339-1] to USCA - FEE: not paid (pr) (Entered: 01/27/1997) |
| 01/27/1997 | 344 | PROOF of mailing by clerk of notice of appeal to USCA, Donald Ferris, Michael Leibson, Patricia Blake, and Court Reporter Marie Metcalf, as to defendant Michael Tyrone Willis (pr) (Entered: 01/27/1997) |

| 01/27/1997 | 345 | CERTIFIED copy of appeal notice by Michael Tyrone Willis [343-1] and docket transmitted to USCA as to Michael Tyrone Willis (pr) (Entered: 01/27/1997) |
|---|---|---|
| 02/11/1997 | 361 | ACKNOWLEDGEMENT as to defendant Michael Tyrone Willis from USCA of receipt of appeal notice by Michael Tyrone Willis [343-1] - appeal case # 97-1107 (lt) (Entered: 02/12/1997) |
| 03/03/1997 | 378 | DESIGNATION of record by defendant Michael Tyrone Willis for appeal notice by Michael Tyrone Willis [343-1] - appeal case # 97-1107 (db) (Entered: 03/03/1997) |
| 03/03/1997 | 379 | TRANSCRIPT order form by Michael Tyrone Willis as to Michael Tyrone Willis regarding appeal notice by Michael Tyrone Willis [343-1] requesting transcript(s) of: 6/28/96 and 1/14/97 -appeal case # 97-1107 (db) (Entered: 03/03/1997) |
| 03/26/1997 | 385 | TRANSCRIPT as to Michael Tyrone Willis taken on 6/28/96 of plea hearing (lh) (Entered: 03/27/1997) |
| 03/26/1997 | 388 | TRANSCRIPT as to defendant Michael Tyrone Willis taken on 1/14/97 of sentencing (lh) (Entered: 03/27/1997) |
| 04/21/1997 | 411 | AUTHORIZATION by Judge Patrick J. Duggan and voucher for payment of transcript for defendant Michael Tyrone Willis Voucher # 30970760837 (lh) (Entered: 04/23/1997) |
| 05/21/1997 | 435 | JUDGMENT and commitment order returned as to defendant Michael Tyrone Willis (voluntary surrender) (bk) (Entered: 05/22/1997) |
| 05/29/1997 | 440 | CERTIFIED copy of order from USCA REINSTATING appeal (appeal case # 97-1107) and GRANTING counsel's (Don Ferris) motion to withdraw as to defendant Michael Tyrone Willis (bk) (Entered: 06/02/1997) |
| 05/29/1997 | 441 | CERTIFIED copy of order from USCA dismissing case [0-0] for want of prosecution - appeal case # 97-1107 as to defendant Michael Tyrone (bk) (Entered: 06/02/1997) |
| 10/15/1997 | 489 | RECORD of appeal notice of appeal & docket [345-1] consisting of: 1 volume(s) of pleadings 2 transcript(s) 0 deposition(s) transmitted to USCA as to defendant Michael Tyrone Willis - appeal case # 97-1107 (ew) (Entered: 10/15/1997) |
| 01/07/1998 | 500 | AUTHORIZATION by Judge Patrick J. Duggan to pay |

| | | Donald W. Ferris Jr. attorney for defendant Michael Tyrone Willis Voucher # 0416859 (lh) (Entered: 01/08/1998) |
|---|---|---|
| 01/30/1998 | 502 | CRIMINAL sealed matter by Judge Patrick J. Duggan (db) (Entered: 02/03/1998) |
| 01/30/1998 | 503 | CRIMINAL sealed matter by Judge Patrick J. Duggan (db) (Entered: 02/03/1998) |
| 05/05/1998 | 512 | NON-CERTIFIED copy of order as to defendant Michael Tyrone Willis from USCA affirming the decision of the District Court - appeal case # 97-1107 (ew) (Entered: 05/12/1998) |
| 05/27/1998 | 514 | MANDATE from USCA AFFIRMING the decision of the District Court - appeal case # 97-1107 as to defendant Michael Tyrone Willis (bk) (Entered: 05/29/1998) |
| 08/25/1998 | 526 | CRIMINAL sealed matter by Judge Patrick J. Duggan (DT) (Entered: 08/26/1998) |
| 10/13/1999 | | TERMINATION of defendant Andre Cortez Woods per order sentencing Andre Cortez Woods (22) as to count 1 [576-1], order dismissing Andre Cortez Woods (22) as to counts 2, 19, 22 [576-2], order [576-3] (DT) (Entered: 10/15/1999) |
| 08/09/2001 | 631 | ORDER by Judge Patrick J. Duggan with motion as to defendants' for destruction of firearms [EOD Date: 8/10/01], with brief. (PP) (Entered: 08/10/2001) |
| 05/04/2005 | 695 | TRANSFER OF JURISDICTION to N. D. Illinois at Chicago as to Michael Tyrone Willis Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet.` (DHame, ) (Entered: 05/05/2005) |

*UNITED STATES GOVERNMENT*

*MEMORANDUM*

**05CR 420**

DATE:        April 26, 2005

REPLY TO
ATTN OF:     U. S. Probation Office
             Northern District of Illinois - Chicago

SUBJECT:     Transfer of Jurisdiction

TO:          **U. S. Probation Office**
             **EASTERN DISTRICT OF MICHIGAN - DETROIT**


RE: WILLIS, Michael

YOUR DOCKET NO.: 95 CR 81146-20


Attached is the original Probation Form 22 whereby our Court accepts
jurisdiction.  Please forward this transfer order to your clerk's office
for transfer of the file **directly** to our District Court clerk's office
at the Northern District of Illinois - Eastern Division.


Attachment

cc:    Phyllis Pollard
       U. S. Probation Officer

ftm